MAY HASTINGS, Respondent, v. JEREMIAH J. HASTINGS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of HERBERT HEATH, Appellant, against LAWRENCE J. McGOLDRICK, an Attorney, etc., Respondent.— Order denying application for order directing attorney to make refund affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of GEORGE NEUBERGER for a Compulsory Accounting by BERTHA NEUBERGER, as General Guardian of the Estate of GEORGE NEUBERGER, Infant, and for the Judicial Settlement of Same.— Decree of the Surrogate's Court of Queens county affirmed, with costs. The determination of the surrogate is, in effect, a finding that the guardian, in indorsing the check and permitting the attorney to retain the proceeds, less the amount of his lien, for a period of forty-two days, without any effort on her part to procure the infant's share, did not employ the prudence and diligence that reasonably prudent persons exercise in their like affairs. We are not inclined to disturb that determination. Kelly, P. J., Jaycox, Manning and Lazansky, JJ., concur; Kapper, J., dissents.

WILLIAM L. MANTHA CO., INC., Respondent, v. PETER PIRSCH & SONS COMPANY, THOMAS J. RITCH, JR., and WELLS R. RITCH, etc., Appellants, and ELMER P. SMITH, Defendant.— Order restraining defendant from attempting to enforce judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

HERBERT E. MOHR, as Receiver, etc., of WILLIAM LOEB, Respondent, v. WILLIAM LOEB CO., INC., and WILLIAM LOEB and CARRIE K. LOEB, His Wife, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

HAROLD W. RAMBUSCH and VIGGIO F. E. RAMBUSCH, as Executors, etc., of FRODE C. W. RAMBUSCH, Deceased, Respondents, v. SARAH F. BURKE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARGARET MORAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jaycox, Manning, Young, Kapper and Lazansky, JJ.

DAVID W. NADIEN, Respondent, v. SAMUEL STEIN, Appellant.— Judgment reversed on the law and the facts, and new trial granted, costs to appellant to abide the event, upon the ground there is no proof in the case of what the essential terms of a " net lease " are, and that such terms are usual and customary, without which there could be no meeting of the minds of the parties. The testimony given by several of the witnesses in respect of such leases did not show the essential terms of a lease. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.